1  Daniel T. Hayward, Esq.
   Nevada State Bar No. 5986
2  BRADLEY, DRENDEL & JEANNEY
   P.O. Box 1987
3  Reno, NV 89505
   Telephone No. (775) 335-9999
4  Facsimile No. (775) 335-9993
   ***Attorney for Plaintiff***
5
         -and-
6
   J. Christopher Albanese (NY Bar No. 3986163)
7  *Will comply with LR IA 11-2 within 30 days*
   WHITE, HILFERTY & ALBANESE, PC
8  800 3rd Ave., Suite 2800
   New York, New York 10022
9  T: (917) 932 - 2694; F: (646) 690 - 8897
   cja@nycjobattorney.com
10 dsmith@nycjobattorney.com
   ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED COLEMAN, | Case No. 3:20-cv-00718 |
| Plaintiff, | **MOTION TO WITHDRAW / DISASSOCIATE AS COUNSEL (ATTORNEY M. DINORA SMITH ONLY)** |
| v. | |
| BARRICK GOLDSTRIKE MINES, INC. | |
| Defendant. | |

Plaintiff Fred Coleman ("Mr. Coleman"), by and through his attorneys, J. Christopher Albanese of White, Hilferty & Albanese and Daniel T. Hayward of Bradley, Drendel & Jeanney and pursuant to LR IA 11-6(b), hereby move for the Court to allow attorney M. Dinora Smith, formerly also of White, Hilferty & Albanese, to withdraw / disassociate from the representation of Plaintiff in this matter. Attorney Smith is no longer associated with the firm of White, Hilferty & Albanese, and thus will no longer be involved in this case on behalf of Plaintiff. Attorneys J. Christopher Albanese and Daniel T. Hayward will continue to represent Plaintiff.

/ /

-1-

Our File No. 204906

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

DATED this 10th day of February, 2021.

          BRADLEY, DRENDEL & JEANNEY

  /s/ Daniel T. Hayward,
Daniel T. Hayward (NV Bar No. 5986)
P.O. Box 1987
Reno, Nevada 89505
        -and-
WHITE, HILFERTY & ALBANESE
J. Christopher Albanese (NY Bar No. 3986163)
*Will comply with LR IA 11-2 within 30 days*
800 Third Avenue, Suite 2800
New York, New York 10022
***Attorneys for Plaintiff***

IT IS SO ORDERED.

Dated: February 10, 2021

_____
UNITED STATES MAGISTRATE JUDGE

-2-

Our File No. 204906

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999