Michael P. Hilferty
N.Y. Bar No. 4719498
*Admitted pro hac vice*
Samantha Hudler
N.J. Bar No. 322862020
*Admitted pro hac vice*
WHITE & HILFERTY
757 Third Avenue, 20th Floor
New York, New York 10017
Telephone No. (917) 932 - 2694
Facsimile No. (646) 690 - 8897
mph@nycjobattorney.com
hudler@nycjobattorney.com

Daniel T. Hayward
Nevada State Bar No. 5986
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
danhayward@bdjlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED COLEMAN, | CASE NO. 3:20-cv-00718-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO SUBMIT JOINT PRETRIAL ORDER (FIRST REQUEST)** |
| BARRICK GOLDSTRIKE MINES, INC. | |
| Defendant. | **AND [PROPOSED] ORDER** |

Plaintiff Fred Coleman and Defendant Barrick Goldstrike Mines, Inc., by and through their respective counsel of record, hereby submit this *Stipulation to Extend Time to Submit Joint Pretrial Order (First Request)* pursuant to LR IA 6-1, LR IA 6-2 and LR 26-3. Pursuant to LR IA 6-1(c), the parties state that the Joint Pretrial Order is presently due to be submitted on or before July 17, 2023 (the first weekday following Saturday, July 15, 2023, which is 30 days after the unsuccessful Virtual Settlement Conference held on June 15, 2023). *See* Doc. 71, Order dated 3/23/2023, at 12:11-13 ("if the parties do not settle, the Joint Pretrial Order is due within 30 days of the date that the settlement

//

-1-

Our File No. 204906

conference is held). The parties stipulate and request that the Court extend the due date for submission of the Joint Pretrial Order to **Thursday, August 31, 2023**.

To the extent this stipulation implicates LR 26-3 (which applies to "[a] motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order ..."), the parties agree that good cause exists for this extension. The parties have each been working diligently to prepare their respective contributions to the proposed Joint Pretrial Order, but due to pre-existing obligations in other matters require additional time within which to complete this task. The parties note that this stipulation does not seek to extend "a discovery deadline or to reopen discovery," and thus the provisions of LR 26-3(a)-(d) are not implicated.

WHEREFORE, the parties stipulate, and respectfully request, that the Court enter its order extending the time by which the parties must submit the Joint Pretrial Order to on or before **Thursday, August 31, 2023**.

Dated: June 29, 2023

_____
Michael P. Hilferty N.Y. Bar #4719498
*Admitted pro hac vice*
WHITE & HILFERTY

Daniel T. Hayward, NV Bar #5986
BRADLEY, DRENDEL & JEANNEY
*Attorneys for Plaintiff*

Dated: June 29, 2023

/s/ David C. Castleberry
_____
David C. Castleberry, NV Bar #8981
Kathleen D. Weron, Utah Bar #8437
*Admitted pro hac vice*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: June 29, 2023.

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT

Our File No. 204906