1  David C. Castleberry
   Nevada Bar No. 8981
2  Kathleen D. Weron
   Pro Hac Vice, Utah Bar No. 8437
3  OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
4  2150 South 1300 East, Suite 500
   Salt Lake City, Utah 84106
5  Telephone: (801) 658-6100
   Facsimile: (801) 385-1707
6  David.Castleberry@ogletree.com
   Kathleen.Weron@ogletree.com
7
8  Michelle D. Alarie
   Nevada Bar No. 11894
9  ARMSTRONG TEASDALE LLP
   7160 Rafael Rivera Way, Suite 320
10 Las Vegas, NV 89113
   Telephone: (702) 678-5070
11 Facsimile: (702) 878-9995
   malarie@attllp.com
12
13 *Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED COLEMAN,<br><br>         Plaintiff,<br><br>vs.<br><br>BARRICK GOLDSTRIKE MINES, INC., A FOREIGN CORPORATION,<br><br>         Defendant. | CASE NO.: 3:20-CV-00718-MMD-CLB<br><br>**STIPULATED MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2, and LR 26-3, Defendant Barrick Goldstrike Mines, Inc. ("Barrick") and Plaintiff Fred Coleman ("Coleman"), by and through their undersigned counsel, hereby move the Court for a stipulated extension of the current August 31, 2023 deadline (ECF No.75) to file the Joint Pretrial Order required by LR 16-3. The parties respectfully request

1

that the deadline to submit the Joint Pretrial Order be extended up to and including **Monday, October 2, 2023.** This is the second requested extension concerning the Joint Pretrial Order. The prior extension was requested to allow the parties additional time to draft their respective sections of the Joint Pretrial Order following the unsuccessful Virtual Settlement Conference held on June 15, 2023. (*see* ECF Nos. 71, 75).

The parties agree that good cause exists for this extension. The parties have continued to work diligently to prepare their respective portions of the proposed Joint Pretrial Order. However, pre-existing obligations in other matters necessitate additional time to complete this comprehensive document. Additionally, Defendant's counsel has injured his knee and is scheduled for surgery at the end of August, further necessitating this extension. This extension is not sought to extend "a discovery deadline or to reopen discovery," thus the provisions of LR 26-3(a)–(d) are not implicated.

WHEREFORE, the parties stipulate and respectfully request that the Court enter an order extending the time by which the parties must file the Joint Pretrial Order up to and including **Monday, October 2, 2023.**

DATED this 14th day of August, 2023.

OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ David C. Castleberry*
David C. Castleberry
Nevada Bar No. 8981
Kathleen D. Weron
Pro Hac Vice, Utah Bar No. 8437
2150 South 1300 East, Suite 500
Salt Lake City, Utah 84106

Michelle D. Alarie
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

*Attorneys for Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

2

WHITE & HILFERTY

/s/ Michael P. Hilferty (with permission)
Michael P. Hilferty N.Y. Bar #4719498
*Admitted pro hac vice*

Daniel T. Hayward, NV Bar #5986
BRADLEY, DRENDEL & JEANNEY
*Attorneys for Attorneys for Plaintiff Fred Coleman*

**IT IS SO ORDERED.**

DATED:  8/14  , 2023.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August, 2023, I served the foregoing **STIPULATED MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER (SECOND REQUEST)** on the persons identified below as indicated:

| | |
|---|---|
| Daniel T. Hayward<br>BRADLEY, DRENDEL & JEANNEY<br>6900 South McCarran Blvd. Suite 2000<br>Reno, NV 89509<br>danhayward@bdjlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. Mail – Postage Prepaid<br>☐ Hand Delivery<br>☑ Electronic Filing<br>☐ Email |
| Michael P. Hilferty<br>Samantha E. Hudler<br>WHITE HILFERTY<br>757 third Avenue, 20th Floor<br>New York, NY 10017<br>mph@nycjobattorney.com<br>hudler@nycjobattorney.com<br>*Attorneys for Plaintiff* | ☐ U.S. Mail – Postage Prepaid<br>☐ Hand Delivery<br>☑ Electronic Filing<br>☐ Email |

/s/ David C. Castleberry

57634261.v1-OGLETREE

4