1  MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
2  ARMSTRONG TEASDALE LLP
   7160 Rafael Rivera Way, Suite 320
3  Las Vegas, Nevada 89113
   Telephone: 702.678.5070
4  Facsimile: 702.878.9995
   malarie@atllp.com
5
6  DAVID C. CASTLEBERRY
   Nevada Bar. No. 8981
7  KATHLEEN D. WERON
   Utah Bar No. 8437 *Pro Hac Vice*
8  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   2150 South 1300 East, Suite 500
9  Salt Lake City, UT 84106
   Telephone: 801.658.6100
10 david.castleberry@ogletree.com
   kathleen.weron@ogletree.com
11
   MOLLY M. REZAC, ESQ.
12 Nevada Bar No. 7435
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
13 200 S. Virginia Street, 8th Floor
   Reno, Nevada 89501
14 Telephone: 775.440.2373
   Facsimile: 775.440.2376
15 molly.rezac@ogletree.com

16 *Attorneys for Defendant Barrick Goldstrike Mines Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRED COLEMAN, | CASE NO. 3:20-cv-00718-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| BARRICK GOLDSTRIKE MINES INC., | |
| Defendant. | |

Pursuant to LR IA 11-6(b), Michelle D. Alarie, Esq. notifies this Court, counsel, and all parties that effective August 15, 2023, she will no longer be associated or affiliated with the law firm Armstrong Teasdale LLP, and, therefore moves this Court to withdraw as counsel for Defendant Barrick Goldstrike Mines, Inc., and further requests to be removed from the Court's

CM/ECF electronic service list with respect to this case. Molly M. Rezac, Esq., David Castleberry, Esq. (LR IA 11-1(b) admitted) and Kathleen Weron, Esq. (LR IA 11-2 admitted) of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will remain counsel of record for Barrick Goldstrike Mines, Inc., with Ms. Rezac supporting out-of-state counsels' admissions. Counsel are requested to update service lists accordingly.

DATED this 14th day of August, 2023

ARMSTRONG TEASDALE LLP

*/s/ Michelle D. Alarie*
MICHELLE D. ALARIE
Nevada Bar No. 11894
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

DAVID C. CASTLEBERRY
Nevada Bar No. 8981
KATHLEEN D. WERON
Utah Bar No. 8437 *Pro Hac Vice*
OGELTREE DEAKINS
2150 South 1300 East, Suite 500
Salt Lake City, UT 84106

MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501

*Attorneys for Defendant Barrick Goldstrike Mines Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** August 15, 2023.