KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@atllp.com

DAVID C. CASTLEBERRY
Nevada Bar. No. 8981
KATHLEEN D. WERON
Utah Bar No. 8437 *Pro Hac Vice*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2150 South 1300 East, Suite 500
Salt Lake City, UT 84106
Telephone: 801.658.6100
david.castleberry@ogletree.com
kathleen.weron@ogletree.com

MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone:  775.440.2373
Facsimile:  775.440.2376
molly.rezac@ogletree.com

*Attorneys for Defendant Barrick Goldstrike Mines Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRED COLEMAN,<br><br>        Plaintiff,<br>v.<br><br>BARRICK GOLDSTRIKE MINES INC.,<br><br>        Defendant. | CASE NO.  3:20-cv-00718-MMD-CLB<br><br>**ORDER GRANTING MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO THE COURT, CM/ECF, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Kevin R. Stolworthy(kstolworthy@atllp.com) moves this Court as to Defendant Barrick Goldstrike Mines, Inc., to be removed from the Court's CM/ECF electronic service list with

-1-

respect to this case. Molly M. Rezac, Esq., David Castleberry, Esq. (LR IA 11-1(b) admitted) and Kathleen Weron, Esq. (LR IA 11-2 admitted) of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will remain counsel of record for Barrick Goldstrike Mines, Inc., with Ms. Rezac supporting out-of-state counsels' admissions. Counsel are requested to update service lists accordingly.

DATED this 7th day of September, 2023     ARMSTRONG TEASDALE LLP

*/s/ Kevin R. Stolworthy*
KEVIN R. STOLWORTHY
Nevada Bar No. 2798
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

DAVID C. CASTLEBERRY
Nevada Bar No. 8981
KATHLEEN D. WERON
Utah Bar No. 8437 *Pro Hac Vice*
OGELTREE DEAKINS
2150 South 1300 East, Suite 500
Salt Lake City, UT 84106

MOLLY M. REZAC, ESQ.
Nevada Bar No. 7435
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501

*Attorneys for Defendant Barrick Goldstrike Mines Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 8, 2023