Michael P. Hilferty
N.Y. Bar No. 4719498
*Admitted pro hac vice*
Samantha Hudler
N.J. Bar No. 322862020
*Admitted pro hac vice*
WHITE & HILFERTY
757 Third Avenue, 20th Floor
New York, New York 10017
Telephone No. (917) 932 - 2694
Facsimile No. (646) 690 - 8897
mph@nycjobattorney.com
hudler@nycjobattorney.com

Jesse Rose
N.Y. Bar No. JR2409
*Admitted pro hac vice*
THE ROSE LAW GROUP, PLLC
3272 Steinway Street, Suite 503
Astoria, New York 11103
Telephone No. (718) 989-1864
jrose@theroselawgroup.com

Daniel T. Hayward
Nevada State Bar No. 5986
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
danhayward@bdjlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRED COLEMAN,

             Plaintiff,

v.

BARRICK GOLDSTRIKE MINES, INC.

             Defendant.

_____/

CASE NO.  3:20-cv-00718-MMD-CLB

**STIPULATION TO EXTEND TIME TO SUBMIT JOINT PRETRIAL ORDER (THIRD REQUEST)**

**AND [PROPOSED] ORDER**

Pursuant to Local Rule ("LR") IA 6-1, LR IA 6-2 and LR 26-3, Plaintiff Fred Coleman and

Defendant Barrick Goldstrike Mines, Inc., by and through their undersigned counsel, hereby move

the Court for a brief stipulated extension of the current October 2, 2023 deadline (ECF No. 65) by

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

-1-

Our File No. 204906

1    which to file the Joint Pretrial Order required by LR 16-3. The parties respectfully request that the
2    deadline to submit the Joint Pretrial Order be extended up to and including **Monday, October 16,**
3    **2023**.

4    This is the third requested extension concerning the Joint Pretrial Order. The first extension
5    was requested to allow the parties additional time to draft their respective sections of the Joint
6    Pretrial Order following the unsuccessful Virtual Settlement Conference held on June 15, 2023. (*See*
7    ECF Nos. 71, 75.) The second extension was requested due to Defendant's counsel's surgical
8    procedure which was scheduled for late August 2023.

9    Good cause exists for the requested extension. The parties have exchanged their respective
10    contributions to the forthcoming Joint Pretrial Order, and have agreed to speak telephonically on
11    Monday, October 2, 2023 (the present deadline for submission) to attempt to resolve outstanding
12    issues and finalize the Joint Pretrial Order. The parties request an additional weeks by which to file
13    the Joint Pretrial Order so that they may incorporate any changes agreed to during the forthcoming
14    telephone conference, and engage in any additional discussions that may become necessary. This
15    extension is not sought to extend "a discovery deadline or to reopen discovery," and thus LR 26-3(a)-
16    (d) is not implicated.

17    / /
18    / /
19    / /
20    / /
21    / /
22    / /
23    / /
24    / /
25    / /
26    / /
27    / /
28    / /

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204906

1    WHEREFORE, the parties stipulate and respectfully request that the Court enter an order

2    extending the time by which the parties must submit the Joint Pretrial Order to on or before

3    **Monday, October 16, 2023**.

4    Dated: September 27, 2023                     Dated: September 27, 2023

5

6    /s/ Daniel T. Hayward                         /s/ David C. Castleberry

7    Michael P. Hilferty, N.Y. Bar #4719498        David C. Castleberry, NV Bar #8981
     Samantha Hudler, N.J. Bar #322862020          Kathleen D. Weron, Utah Bar #8437
8    *Admitted pro hac vice*                       *Admitted pro hac vice*
     WHITE & HILFERTY                              OGLETREE, DEAKINS, NASH, SMOAK &
9                                                  STEWART, P.C.
     Jesse Rose, N.Y. Bar #JR2409                  *Attorneys for Defendant*
10   *Admitted pro hac vice*
     THE ROSE LAW GROUP, PLLC
11
     Daniel T. Hayward, NV Bar #5986
12   BRADLEY, DRENDEL & JEANNEY
     *Attorneys for Plaintiff*
13

14

15                                                 **IT IS SO ORDERED.**

16                                                 Dated:  September 27 2023.

17

18

19                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 204906

-3-