# WHITE & HILFERTY, P.C.

ATTORNEYS AND COUNSELORS-AT-LAW

| Partners | Associates |
|---|---|
| Vincent P. White | Samantha E. Hudler |
| Michael P. Hilferty | Nicole A. Wolfer |

Of Counsel
Jesse C. Rose

**Email:** *Hudler@NYCJobAttorney.com*
**Direct:** 917-565-8763

April 11, 2024

**Via ECF**

Honorable Miranda M. Du
Chief Judge
United States District Court
District of Nevada
400 S. Virginia St.
Reno, NV 89501

      Re:    *Coleman v. Barrick Goldstrike Mines, Inc.*
              **Case No.: 20-cv-00718 (MMD) (CLB)**

Dear Judge Du,

      As the Court is aware, this firm represents Plaintiff Fred Coleman in connection with the above-referenced case. We write in connection with Your Honor's Order dated March 13, 2024, directing the parties to file a Stipulation of Dismissal by April 12, 2024, or otherwise provide an update to the Court.

      The parties jointly request an extension of time to file the Stipulation of Dismissal from April 12 to May 19, 2024. The basis for this request is that the underlying settlement payment is presently due on or before May 16, 2024. Upon receipt of said payment, the parties will file the Stipulation of Dismissal.

      We thank Your Honor for your time and attention to this matter.

                              Respectfully submitted,

                              Samantha E. Hudler

cc: Kathleen D. Weron, Esq. (*via ECF*)
Ogletree Deakins
*Attorneys for Defendant*