| | |
|---|---|
| JESSE ROSE | DAVID C. CASTLEBERRY |
| N.Y. Bar No. JR2409 | Nevada Bar No. 8981 |
| *Admitted pro hac vice* | KATHLEEN D. WERON |
| THE ROSE LAW GROUP, PLLC | Pro Hac Vice, Utah Bar No. 8437 |
| 3272 Steinway Street, Suite 503 | OGLETREE, DEAKINS, NASH, SMOAK |
| Astoria, New York 11103 | & STEWART, P.C. |
| jrose@theroselawgroup.com | 15 W. South Temple, Suite 950 |
| | Salt Lake City, UT  84101 |
| | David.Castleberry@ogletree.com |
| MICHAEL P. HILFERTY | Kathleen.Weron@ogletree.com |
| N.Y. Bar No. 4719498 | |
| *Admitted pro hac vice* | MOLLY M. REZAC |
| SAMANTHA HUDLER | Nevada Bar No. 7435 |
| N.J. Bar No. 322862020 | OGLETREE, DEAKINS, NASH, SMOAK, |
| *Admitted pro hac vice* | & STEWART, P.C. |
| WHITE & HILFERTY | 200 S. Virginia Street, 8th Floor |
| 757 Third Avenue, 20th Floor | Reno, NV  89501 |
| New York, New York 10017 | Molly.Rezac@ogletree.com |
| mph@nycjobattorney.com | |
| hudler@nycjobattorney.com | *Attorneys for Defendant* |

DANIEL T. HAYWARD
Nevada State Bar No. 5986
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
dhayward@dotsonlaw.legal

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED COLEMAN, | Case No.: 3:20-cv-00718-MMD-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| BARRICK GOLDSTRIKE MINES, INC., | |
| Defendant. | |

  The above-named parties, by and through their undersigned attorneys of record, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(2) that this case may be dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

Dated this 17th day of May, 2024.

/s/ Jesse Rose

_____
JESSE ROSE
MICHAEL P. HILFERTY
SAMANTHA HUDLER
DANIEL T. HAYWARD
*Attorneys for Plaintiff*

/s/ Kathleen D. Weron

_____
DAVID C. CASTLEBERRY
KATHLEEN D. WERON
MOLLY M. REZAC
*Attorneys for Defendant*

## **ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice, with each party to bear his or its own costs and attorney fees.

IT IS SO ORDERED.

Dated this  20th  day of May, 2024.

_____
DISTRICT COURT JUDGE